WALTER S. NEWHOUSE, Appellant, *v.* BENJAMIN E. DE SOLA, Respondent.

*Newhouse* v. *De Sola,* 171 App. Div. 924, appeal dismissed.
(Submitted April 10, 1916; decided April 18, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 19, 1915, which affirmed an order of Special Term overruling a demurrer to the answer.

The motion was made upon the ground that the order of the Appellate Division was not appealable as of right to the Court of Appeals and that permission to appeal had not been obtained; that the appellant had failed to perfect the appeal by filing the required undertaking and that said appellant had failed to prepare and file the return.

*Mark G. Holstein* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.